# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC.,[1] | ) Case No. 19- |
| Debtor. | ) Joint Administration Requested |
| In re: | ) Chapter 11 |
| MABVAX THERAPEUTICS, INC.,[2] | ) Case No. 19- |
| Debtor. | ) Joint Administration Requested |

## MOTION OF THE DEBTORS FOR AN ORDER
## AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

MabVax Therapeutics Holdings, Inc. ("MabVax Holdings") and MabVax Therapeutics, Inc. ("MabVax Inc." and together with MabVax Holdings, the "Debtors"), by and through their undersigned proposed counsel, hereby file this motion for an order, substantially in the form attached hereto as **Exhibit A**, authorizing the joint administration of these chapter 11 cases (the "Chapter 11 Cases"). In support thereof, the Debtors respectfully state as follows:

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are Rule 1015(b) of the Federal Rules of Bankruptcy

---

[1] The last four digits of the taxpayer identification number of MabVax Therapeutics Holdings, Inc. is 7903. The Debtor's mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[2] The last four digits of the taxpayer identification number of MabVax Therapeutics, Inc. is 1765. The Debtor's mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

{00025288. }

Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

2. On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code").

3. The Debtors continue to manage and operate their business as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4. No trustee, examiner, or creditors' committee has been appointed in these Chapter 11 Cases.

The Debtors' Business

5. Debtor MabVax Holdings is a biotechnology company. Specifically, a clinical-stage immuno-oncology drug development company with a fully human antibody discovery platform focused on the clinical development of products to address unmet medical needs in the treatment of cancer and pancreatitis. Debtor MabVax Inc. is a wholly owned subsidiary of Debtor MabVax Holdings. It is a non-operating company that holds certain patents and other property.

6. The factual background regarding the Debtors, including their business operations and the events leading up to the commencement of these Chapter 11 Cases, is set forth in the *Declaration of J. David Hansen in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "Hansen Declaration"), which was filed with the Court on the Petition Date and is fully incorporated by reference.

**RELIEF REQUESTED**

7. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Debtors hereby seek the joint administration of these Chapter 11 Cases.

8. The Debtors propose that the caption of these jointly-administered Chapter 11 Cases be as follows:

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 19- |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

9. The Debtors further propose that a separate docket entry be made on the docket of each of the Debtors' cases as follows:

> An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of MabVax Therapeutics Holdings, Inc. 19 - _____ (  ), for procedural purposes only. The docket in Case No. 19 - _____ (  ) should be consulted for all matters affecting this case.

**BASIS FOR RELIEF REQUESTED**

10. Bankruptcy Rule 1015(b) and Local Rule 1015-1 authorize this Court to order the joint administration of the bankruptcy cases of a debtor and its "affiliates," as defined in section 101(2) of the Bankruptcy Code.

11. The Debtors anticipate that, during the course of these cases, it will be necessary to file numerous motions and applications seeking relief on behalf of each of the Debtors. The Debtors respectfully submit that joint administration of these Chapter 11 Cases is in the best

3

interests of their estates, creditors, and other parties-in-interest and will further the interests of judicial economy and administrative expediency by, among other things, obviating the need to file duplicate motions, to enter duplicate orders, and to forward unnecessary, duplicate notices to creditors and other parties-in-interest. The Debtors request that these cases be jointly administered in the name of MabVax Therapeutics Holdings, Inc. This Motion is not a request for substantive consolidation.

12. The entry of joint administration orders in multiple related cases such as these is common in this District. *See*, *e.g.*, *In re AbitibiBowater Inc.*, Case No. 09-11296 (KJC) (Bankr. D. Del. Apr. 17, 2009). Accordingly, based on the foregoing facts and authorities, the Debtors submit that the relief requested in this Motion should be granted.

## NOTICE

13. Notice of this Motion has been provided via e-mail, facsimile, telephone, and/or hand delivery to (i) the Office of the United States Trustee for Region 3, serving the District of Delaware, attn.: Linda Richenderfer, (ii) counsel to Oxford Finance, LLC, the Debtors' pre-petition lender, (iii) counsel to BioNTech Research and Development, Inc., the Debtors' proposed DIP Lender, (iv) the creditors holding the twenty (20) largest unsecured claims on a consolidated basis against the Debtors, (v) the Internal Revenue Service; (vi) the United States Securities and Exchange Commission, (vii) the United States Attorney's Office, (viii) the Food and Drug Administration, and (ix) the United States Attorney General. As this Motion is seeking first-day relief, notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m).

## NO PRIOR RELIEF

14. No previous motion for the relief sought herein has been made to this or any other Court.

{00025288. }

## **CONCLUSION**

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: March 21, 2019
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE # 3995)
Scott J. Leonhardt (DE # 4885)
Jason A. Gibson (DE # 6091)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
      leonhardt@teamrosner.com
      gibson@teamrosner.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

# **EXHIBIT A**

**Proposed Form of Order**

{00025288. }

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MABVAX THERAPEUTICS HOLDINGS, INC.,[1] | ) | Case No. 19- |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MABVAX THERAPEUTICS, INC.,[2] | ) | Case No. 19- |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION

Upon consideration of the Motion[3] of the above-captioned debtors and debtors in possession (together, the "Debtors") for an order directing joint administration of their Chapter 11 Cases; and jurisdiction existing for the Court to consider the Motion; and the Court having found that good and sufficient cause exists for granting the Motion; and upon consideration of the *Declaration of J. David Hansen in Support of First Day Motions* and upon the arguments and statements in support of the Motion presented at the hearing before the Court; and it appearing that joint administration of these Chapter 11 Cases will be in the best interests of the Debtors' estates, creditors, and other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and

---

[1] The last four digits of the taxpayer identification number of MabVax Therapeutics Holdings, Inc. is 7903. The Debtor's mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121

[2] The last four digits of the taxpayer identification number of MabVax Therapeutics, Inc. is 1765. The Debtor's mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

[3] Capitalized terms not defined in this section have the meanings given them in the Motion.

{00025288. }

2

proper under the circumstances of these Chapter 11 Cases and that no further notice of the Motion need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that above-captioned the Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 19-_____( ); and it is further

ORDERED that the caption of the jointly administered Chapter 11 Cases shall be as follows:

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*, [1] | ) ) ) ) | Case No. 19- |
| Debtors. | ) ) | Jointly Administered |

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) MabVax Therapeutics Holdings, Inc. (7903) and (ii) MabVax Therapeutics, Inc. (1765). The Debtors' mailing address is 11535 Sorrento Valley Road, Suite 400, San Diego, CA 92121.

and it is further

ORDERED that the consolidated caption set forth above satisfies the requirements of section 342(c)(1) of the Bankruptcy Code; and it is further

ORDERED that the Clerk of this Court shall make a separate docket entry on the docket of each of the Debtors' cases as follows:

> An order has been entered in this case directing joint administration of this case with the chapter 11 bankruptcy case of MabVax Therapeutics Holdings, Inc. 19 - _____ ( ), for procedural purposes only.  The docket in Case No. 19 - _____ ( ) should be consulted for all matters affecting this case.

and it is further

ORDERED that the Clerk of this Court shall maintain a single pleadings docket and file for all of the Debtors' chapter 11 cases, which shall be the pleadings docket and file for Mabvax Therapeutics Holdings, Inc.; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the these Chapter 11 Cases; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: March __, 2019
       Wilmington, Delaware

                                       UNITED STATES BANKRUPTCY JUDGE

2

{00025288. }